JOHN E. JOHNSON, APPELLEE, V. JONAS O. JOHNSON, ADMINISTRATOR, ET AL., APPELLANTS.

FILED APRIL 11, 1930. No. 27141.

G. T. H. Babcock, Allen G. Fisher and Charles A. Fisher, for appellants.

E. D. Crites, F. A. Crites and Nichols & Johnson, contra.

Heard before GOSS, C. J., DEAN, GOOD, EBERLY, and DAY, JJ., and FITZGERALD and HASTINGS, District Judges.

PER CURIAM.

This is an action to foreclose a real estate mortgage. From a judgment of the district court for Dawes county in favor of plaintiff, defendant has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.